IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

v.        Civil No. 06-6085
Criminal No. 6:99cr60003-002

CHARLOTTE WASHINGTON            DEFENDANT/MOVANT

## **J U D G M E N T**

Comes now the court on this the 16th day of June 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, it is hereby considered, ordered and adjudged that the Defendant/Movant's motion should be and is hereby dismissed.

Further, pursuant to *28 U.S.C. § 1915(a)*, we find that an appeal from the recommended action would not be taken in good faith.

IT IS SO ORDERED.

                                */s/ Bobby E. Shepherd*
                                HON. BOBBY E. SHEPHERD
                                UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)